UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANN-MARIE HEIDINGSFELDER,

          Plaintiff(s),                No. C 13-2128 PJH

      v.                        **ORDER RE DISMISSAL**

GE HEALTHCARE FINANCIAL
SERVICES, et al.,

          Defendant(s).

_____/

      On January 31, 2014, plaintiff filed a certification that the agreed consideration for the parties' settlement had not yet been delivered over.  However, plaintiff's counsel also stated that he "is advised and believes the consideration will be delivered over within the next 30 days," and thus requests that the conditional dismissal date be continued by 30 days, until March 3, 2014.  The court agrees, and hereby extends the conditional dismissal date to March 3, 2014.  If, on or before March 3, 2014, plaintiff certifies that the agreed consideration for said settlement has still not been delivered over, the foregoing order shall stand vacated and this cause shall forthwith be restored to the calendar to be set for trial.

      If no certification is filed by March 3, 2014, the dismissal shall be **with** prejudice.  The parties may substitute a dismissal with prejudice at any time.

      **IT IS SO ORDERED**.

Dated: February 3, 2014

                             _____
                             PHYLLIS J. HAMILTON
                             United States District Judge